FILED

12/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0582

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0582

_____

PERKINS FAMILY HOLDINGS, LLC, a
Montana Limited Liability Company,

      Plaintiff and Appellant,

   v.                                         O R D E R

THE TILE GUYS, LLC, and MARSHAL RAY
BUTTERFIELD, an individual,

      Defendants and Appellees.

_____

On October 4, 2023, Appellant filed a Notice of Appeal in this matter. In that Notice, Appellant asserted that "all available transcripts of the proceedings in this case have NOT been ordered from the court reporter contemporaneously with the filing of this notice of appeal, but will be ordered within 11 days of the filing of the notice of appeal." On October 27, 2023, the District Court record was filed in this Court.

No transcripts were filed and on December 7, 2023, this Court ordered Appellant to file a report as to the status of this appeal.

Appellant complied and on December 11, 2023, informed this Court via status report that Appellant had determined that no transcripts were necessary on appeal.

Under M. R. App. P. 13(1), an appellant shall serve and file a brief within 30 days after the date on which the record is filed. Appellant was informed via Notice from the Clerk of this Court that the opening brief was due 30 days from October 27, 2023, if the District Court record filed on that date constitutes the complete record on appeal. Appellant has not explained why Appellant failed to file the brief on or before November 27, 2023, nor has Appellant done so in the ensuing time period.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 12, 2024. Failure to file the brief within that

time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 14 2023